Patrick J. CONLON, Appellee,

v.

**RETIREMENT BOARD OF ALLEGHENY COUNTY,** Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1999.

Decided Oct. 4, 1999.

Bruce D. Campbell, Campbell Durrant & Beatty, P.C., Pittsburgh, for Retirement Board.

George W. Jacoby, Vicki L. Beatty, Pittsburgh, for Patirck J. Conlon.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

**O R D E R**

PER CURIAM:

Appeal dismissed as having been improvidently granted.